UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

**PATRICK WILLIAMS,**

    Petitioner,

    v.

**ANTHONY HEDGPETH,**

    Respondent.

Case No. EDCV 10-1952 RGK (AJW)

ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

    DATED: June 8, 2011

                                      _____
                                      R. Gary Klausner
                                      United States District Judge