UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

|  |  |
|---|---|
| PATRICK WILLIAMS, | )<br>)    No. EDCV 10-1952-RGK(AJW) |
|       Petitioner, | )<br>) |
|   v. | )    JUDGMENT<br>) |
| ANTHONY HEDGPETH, | )<br>) |
|       Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: June 8, 2011

_____
R. Gary Klausner
United States District Judge